AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: 7:22mj109 | Date and time warrant executed: 11/16/22 11:25 AM | Copy of warrant and inventory left with: Barbara Anderson Bank of Botetourt |
| Inventory made in the presence of: | BARBARA G. ANDERSON, CHIEF RISK & COMPLIANCE OFFICER BANK OF BOTETOURT | |

Inventory of the property taken:

1. ONE (1) CHECK WORTH $ EIGHTY FIVE THOUSAND FIVE HUNDRED THIRTY FIVE AND 69/100 ($85,535.69) - (CHECK NUMBER 9010441116) FROM BANK OF BOTETOURT.

END OF INVENTORY

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:

JEFFREY B NORMAN
Digitally signed by JEFFREY B NORMAN
Date: 2022.11.16 11:23:10 -05'00'

*Executing officer's signature*

*Printed name and title*

Received in chambers by reliable electronic means on November 17, 2022.

USMJ